IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| Erick Enrique Garcia Guardado | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 1:25cv1741 |
| Todd M. Lyons, et al | ) |
| Respondents. | ) |

**JUDGMENT**

Pursuant to the order of this Court entered on 10/28/2025 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Petitioner, Erick Enrique Garcia Guardado, and against the Respondents, Todd M. Lyons, Russell Hott, Kristi Noem, Pamela Bondi, Jeffrey Crawford and the U.S. Attorney for the Eastern District of Virginia.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
D. Van Metre
Deputy Clerk

Dated: 10/28/2025
Alexandria, Virginia